Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Vitulli, | No. CV 13-1547-PHX-NVW |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Dynamic Recovery Services, Inc., *et al.,* | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement of this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

Plaintiff also gives notice that in light of the settlement, she will not be filing the previously noticed Amended Complaint.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  January 23, 2014  .

   s/ Floyd W. Bybee   
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   January 23, 2014  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nickolaus A. McLemore
Attorney at Law
11916 Paducah Dr
Frisco, TX 75035-7956
Attorneys for Defendant
   Dynamic Recovery Services, Inc.

by  s/ Floyd W. Bybee