IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Vitulli, | No. CV-13-01547-PHX-NVW |
| Plaintiff, | |
| vs. | **ORDER** |
| Dynamic Recovery Services, Inc., | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. 33), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation of Dismissal With Prejudice (Doc. 33).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 7th day of February, 2014.

_____
Neil V. Wake
United States District Judge